Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272


Attorneys for Plaintiff,
AMY MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | CASE NO.<br><br>COMPLAINT FOR BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; ENFORCEMENT AND CLARIFICATION OF RIGHTS; BREACH OF FIDUCIARY DUTIES AND DEMAND FOR PREJUDGMENT AND POST JUDGMENT INTEREST AND ATTORNEYS' FEES AND COSTS |

   Plaintiff, Amy Moore, herein sets forth the allegations of her Complaint against Defendant the Life Insurance Company of North America.

**PRELIMINARY ALLEGATIONS**

   1.  "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit insured by Defendant. Plaintiff seeks relief, including but not limited to, payment of the correct amount of benefits due her under her plan, pre-judgment and post-judgment interest, reinstatement to the benefit plan at issue herein, and attorneys' fees and costs.  Venue is appropriate in this District Court pursuant to ERISA venue provisions, as Defendant LINA can both be found and is doing business in the Norther District of California.

2.      Plaintiff was at all times relevant, an employee of Bank Plus and at the time of her relevant employment, was a resident of the State of Mississippi.

3.      Plaintiff is informed and believes that Defendant the Life Insurance Company of North America ("LINA") is a corporation with its principal place of business in the State of Pennsylvania, authorized to transact and transacting business in the Northern District of California and can be found in the Northern District of California.

4.      Plaintiff is informed and believes that Bank Plus Employee Benefit Plan ("The Plan") is an employee welfare benefit plan regulated by ERISA, established by Bank Plus under which Plaintiff is and was a participant, and pursuant to which Plaintiff is entitled to Long Term Disability ("LTD") benefits. Pursuant to the terms and conditions of The Plan, Plaintiff is entitled to LTD benefits for the duration of Plaintiff's disability, for so long as Plaintiff remains disabled as required under the terms of The Plan.

5.      Plaintiff is informed and believes that LINA is the insurer of benefits under The Plan, funded through Policy Number LK-0960310 and acted in the capacity of the plan insurer and plan claims administrator.

//

//

//

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

## FIRST CLAIM FOR RELIEF

## AGAINST THE LIFE INSURANCE COMPANY OF NORTH AMERICA

## FOR PLAN BENEFITS, ENFORCEMENT AND CLARIFICATION OF

## RIGHTS, PREJUDGMENT AND POST JUDGMENT INTEREST,

## AND ATTORNEYS' FEES AND COSTS

## (29 U.S.C. § 1132(a)(1)(B))

6.      Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

7.      At all times relevant, Plaintiff was employed by Bank Plus and was a covered participant under the terms and conditions of the The Plan.

8.      During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of The Plan. Specifically, while Plaintiff was covered under The Plan, Plaintiff suffered a disability rendering Plaintiff disabled as defined under the terms of The Plan.

9.      Pursuant to the terms of The Plan, in May 2021, Plaintiff made a claim to LINA for LTD benefits under The Plan. LINA assigned Plaintiff Incident Number 12460902-01.   In the 11 months following Plaintiff's submission of a claim to LINA, LINA has neither approved nor denied Plaintiff's claim.

10.     The maximum 90 day period for LINA to make a decision to either approve or deny no later than September 30, 2021, without LINA having promulgated a claims decision.   Therefore, under the operative ERISA claims regulations, Plaintiff has been deemed to have exhausted her pre-litigation obligations and remedies.

11.     Defendant LINA breached the Plan and violated ERISA in the following respects:

(a)     Failing to pay benefit payments to Plaintiff at a time when Defendant knew, or should have known, that Plaintiff was entitled to those benefits under the terms of The Plan, as Plaintiff was disabled and unable to work and therefore entitled to benefits;

(b)     Failing to provide a prompt and reasonable explanation of the basis relied on under the terms of The Plan documents, in relation to the applicable facts and Plan provisions, for the failure to approve Plaintiff's claims for LTD benefits;

(c)     Failing to adequately describe to Plaintiff any additional material or information necessary for Plaintiff to perfect her claim along with an explanation of why such material is or was necessary; and

(d)     Failing to properly and adequately investigate the merits of Plaintiff's disability claim and failed to provide a full and fair review of Plaintiff's claim.

(e)     Failing to timely render a decision on her claim for benefits in a timely manner as prescribed by the ERISA claims handling regulations.

(f)     Plaintiff is informed and believes and thereon alleges that Defendant wrongfully failed to pay her disability benefits under The Plan by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation and which Plaintiff will immediately make Defendant aware of once said acts or omissions are discovered by Plaintiff.

12.     Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under The Plan.

13.     As a proximate result of the aforementioned wrongful conduct of LINA, and each of them, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

14.     As a further direct and proximate result of this improper determination regarding Plaintiff's LTD claim, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendant.

15.     The wrongful conduct of LINA has created uncertainty where none should exist, therefore, Plaintiff is entitled to enforce her rights under the terms of The Plan and to clarify her right to future benefits under the terms of The Plan.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1.      Payment of disability benefits due Plaintiff;

2.      An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the LTD Plan for so long as Plaintiff remains disabled under the terms of the LTD Plan;

3.      Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4.      Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

5.      Such other and further relief as this Court deems just and proper.


DATED: April 12, 2022                                KANTOR & KANTOR, LLP


By____/s/ Glenn R. Kantor_____
      Glenn R. Kantor
      Attorney for Plaintiff
      Amy Moore

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525