1 | Glenn R. Kantor (Bar No. 122643)
gkantor@kantorlaw.net
2 | Peter S. Sessions (Bar No. 193301)
psessions@kantorlaw.net
3 | KANTOR AND KANTOR LLP
19839 Nordhoff Street
4 | Northridge, CA 91324
Telephone: (818) 886-2525
5 | Facsimile: (818) 350-6272

6 | Attorneys for Plaintiff
AMY MOORE
7 |
Nicole Y. Blohm (Bar No. 177284)
8 | nblohm@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
9 | cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
10 | 1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
11 | Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930
12 |
Attorneys for Defendant
13 | LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 4:22-cv-02280-MMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;**<br>**[~~PROPOSED~~] ORDER** |

1    IT IS HEREBY STIPULATED, by and between Plaintiff AMY MOORE and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

The parties further stipulate that all dates be vacated and taken off the Court's calendar.

The parties seek the Court's approval of the dismissal of this action with prejudice.

**IT IS SO STIPULATED.**

Dated: October 14, 2022            KANTOR & KANTOR, LLP
                                   Glenn R. Kantor
                                   Peter S. Sessions


                                   By:   */s/ Peter S. Sessions*
                                         Peter S. Sessions
                                         Attorneys for Plaintiff
                                         AMY MOORE

Dated: October 14, 2022            MESERVE, MUMPER & HUGHES LLP
                                   Nicole Y. Blohm
                                   Charles K. Chineduh


                                   By:   */s/ Charles K. Chineduh*
                                         Charles K. Chineduh
                                         Attorneys for Defendant
                                         LIFE INSURANCE COMPANY OF
                                         NORTH AMERICA



**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

179599.1

2

Case No. 4:22-cv-02280-MMC
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

# ORDER

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case 4:22-cv-02280-MMC is dismissed in its entirety as to all defendants with prejudice. The Clerk is directed to close this case.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: October 14, 2022

Hon. Maxine M. Chesney
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

179599.1

3

Case No. 4:22-cv-02280-MMC
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER